AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the District of Utah

| | |
|---|---|
| Jeannette Newhouse <br> *Plaintiff* <br> v. <br> The Domain Cos. a.k.a. Domain Cos Management LLC <br> *Defendant* | Civil Action No. 2:24-00800-DAO |

## WAIVER OF THE SERVICE OF SUMMONS

To: David J. Holdsworth
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____04/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 04/07/2025

*Signature of the attorney or unrepresented party*

The Domain Cos. a.k.a. Domain Cos Management LLC
*Printed name of party waiving service of summons*

M. Christopher Moon
*Printed name*
Jackson Lewis PLLC
215 S. State St., Ste. 760
Salt Lake City, UT 84111
*Address*

christopher.moon@jacksonlewis.com
*E-mail address*

(801) 736-3199
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.



 Outlook

### Newhouse v. Domain Companies

From  Moon, M. Christopher (Salt Lake City) <Christopher.Moon@jacksonlewis.com>
Date  Mon 4/7/2025 1:37 PM
To    David Holdsworth <david_holdsworth@hotmail.com>
Cc    Eskelsen, Benton M. (Salt Lake City) <Benton.Eskelsen@jacksonlewis.com>

📎 1 attachment (20 KB)
Domain Cos Waiver of Service.pdf;

David –

I represent Domain Companies in connection with the lawsuit you have filed on behalf of Ms. Newhouse. My client sent me the service waiver request documents that you served a few days ago. I'm attaching a waiver of service and, in accord with that waiver, my client will plan to file an answer or motion by May 31, 2025. Please feel free to reach out if you would like to discuss this case in the meantime.

Thanks,
Chris



**M. Christopher Moon** (Chris)
Attorney at Law

**Jackson Lewis PLLC**
215 South State Street
Suite 760
Salt Lake City, UT 84111
Direct: (385) 419-3531 | Main: (801) 736-3199
Christopher.Moon@jacksonlewis.com | www.jacksonlewis.com